Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Roxanna Hart

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROXANNA HART, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 5:19-cv-00603-JEM <br><br> /~~PROPOSED~~/ ORDER OF DISMISSAL |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: October 18, 2019

THE HONORABLE JOHN E MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

-1-

| | | |
|---|---|---|
| DATE: October 17, 2019 | | Respectfully submitted, |
| | | LAW OFFICES OF LAWRENCE D. ROHLFING |
| | BY: | /s/ *Denise Bourgeois Haley* |
| | | Denise Bourgeois Haley |
| | | Attorney for plaintiff Roxanna Hart |